## Louis Piltaver, Plaintiff-Appellant, v. Vojn Djukovich, Defendant-Appellee.

**Gen. No. 48,630.**

First District, Third Division.
November 28, 1962.

Samuel E. Bublick, of Chicago (Edward Wolfe, of coun-

sel), for appellant; Royce G. Rowe, Jr., Jacobs & McKenna, of Chicago (Norton Wasserman, of counsel), for appellee. Opinion by MR. JUSTICE McCORMICK. Not to be published in full.